UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal Action No. 99-10428-JLT |
| | * | |
| JOHN J. CONNOLLY, JR. | * | |

ORDER

November 28, 2005

TAURO, J.,

This Court finds that there has already been extensive and adequate briefing with respect to the underlying issues involved in Defendant's Motion for a New Trial, and the Parties' respective positions thereto. For this reason, this court hereby orders that the Government's suggestion for an Order Re: Proposed Findings of Fact and Conclusions of Law [#792] is DENIED.

IT IS SO ORDERED.

   /s/ Joseph L. Tauro
United States District Judge